UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES FOR THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND AND TRAINING PROGRAM FUND,<br><br>                        Plaintiffs,<br><br>                v.<br><br>DEGMOR ENVIRONMENTAL SERVICES, LLC,<br><br>                        Defendant. | 24-CV-739 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

      Petitioners filed this petition to confirm arbitration on February 1, 2024.  ECF No. 1. Electronic summons was issued on February 2, 2024.  ECF No. 2.  Petitioner filed an affidavit of service on March 15, 2024.  ECF No. 6.  There has been no action in this case since. Accordingly, Petitioners are hereby ORDERED to file a status letter on ECF by **April 23, 2024**. The letter shall address (1) whether this case has settled or otherwise been terminated; (2) whether there have been any communications with the Respondent, including an explanation of the nature of those communications and a description of the nature of all service attempts; and (3) whether Petitioners intend to move for summary judgment or to voluntarily dismiss this case.

      SO ORDERED.

Dated: April 16, 2024
       New York, New York

                                                  DALE E. HO
                                                  United States District Judge