UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, and
TRAINING PROGRAM FUND, and ANNA
GUTSIN, in her fiduciary capacity as Director,

and

DAVID BOLGER, as Business Manager
of the MASON TENDERS DISTRICT COUNCIL
OF GREATER NEW YORK,
Petitioners,

-against-

DEGMOR ENVIRONMENTAL SERVICES, LLC,
Respondent.
------------------------------------------------------------ x

24 Civ. 739 (DEH)

JUDGMENT

    This action brought by filing of a petition on February 1, 2023 by the Trustees for the Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, and Training Program Fund, and Anna Gutsin, in her fiduciary capacity as Director and David Bolger, as Business Manager of the Mason Tenders District Council of Greater New York ( collectively, the "Petitioners" or "Funds") seeking to confirm and enforce the February 2, 2023 arbitration award of Richard Adelman, and a copy of the petition and summons having been served on Respondent Degmor Environmental Services, LLC on February 6, 2023 on Respondent's agent for service of process at the office of the Secretary of State of the State of New York, and, and Respondent not having answered the petition or otherwise appearing in this action, , it is

    ORDERED, ADJUDGED AND DECREED, that Petitioners May 8, 2024 unopposed motion to confirm and enforce the award is granted and Petitioners shall have judgement against DEGMOR ENVIRONMENTAL SERVICES, LLC in the liquidated amount of $578,953.51 with statutory interest

to accrue on this judgment amount until paid.

Dated:     November 26, 2024
           New York, New York

                                           _____
                                           Dale E. Ho
                                           United States District Judge